# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW R. INGLEDEW,<br><br>Defendant. | Case No. 23-MJ-03462-SBC<br><br>**<u>DETENTION ORDER</u>** |

In accordance with section 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 *et seq.*), a detention hearing was held on September 22, 2023, to determine whether defendant, MATTHEW R. INGLEDEW, should be held in custody pending trial on the ground that he is a serious risk of flight risk, and danger to the safety of any other person or the community. At the detention hearing, Assistant United States Attorney Aaron McElhose appeared on behalf of the United States, and Defense Counsel Mara Gonzalez-Soto on behalf of Defendant.

Based on the evidence proffered by the United States, the evidence proffered by the defense, and the complaint, the Court concludes the following: 1) the Government met its burden to demonstrate that Defendant is a serious risk of flight; 2) the Government met its burden to demonstrate that Defendant is a danger to any other person or the community, and 3) the Government also met its burden that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required.

//
//
//
//

# I.
# FINDINGS OF FACT

A. *Nature and Circumstances of the Offense Charged, 18 U.S.C. § 3142(g)(1)*

    1.    Defendant is charged with 5 counts in violation of 18 U.S.C. § 875(c).

    2.    The facts provided in the Complaint filed on September 19, 2023, in the Eastern District of Wisconsin (Case No. 23-mj-680) are incorporated by reference. ECF. No. 1.

B. *Weight of the Evidence Against Defendant, 18 U.S.C. § 3142(g)(2)*

    1. After considering the facts proferred, this factor weighed in favor of the detention, but this factor is to be given the least weight.

C. *History and Characteristics of Defendant, 18 U.S.C. § 3142(g)(3)*

    1.    Character: Defendant is a United States citizen charged with making repeated threats to injure other individuals.

    2.    Family and Community Ties:  Defendant has family ties to the Southern District.  His parents reside in La Jolla, California, which is in San Diego County. He has resided with his parents for the past two weeks, but has lived within the Southern District for a greater period of time.

    3.    Criminal History:  Defendant has significant criminal history including two DUI convictions from 2012 and 2013.  In April 2020, he was convicted of violating a domestic violence protective order and vandalism, resulting in a 3-year probation term.  He was additionally charged in August 2022 with violating a domestic violence restraining order. In that case, Defendant failed to appear to court and a warrant was issued for his arrest.  Further, Defendant called the prosecutor in that case over three-hundred times and made threatening comments. Finally, he described to the prosecutor, in graphic detail, his murder-suicide plan for his victim in Wisconsin.

In September 2023, Defendant was arrested in Arizona for charges out of Outagamine County, Wisconsin. The charges include Stalking, Violation of a Harassment Restraining Order, and Felony Intimidation of a Victim. Defendant was released from custody after posting $100,000 bond. While out on bond, Defendant continued to threaten the victim.

## II.
## CONCLUSIONS REGARDING DETENTION

Based on the factors set forth in 18 U.S.C., § 3142(g), the Government has satisfied its burden of demonstrating that Defendant poses a serious risk of flight, is danger to any other person or the community, and that no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings.

## III.
## ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

//

//

//

//

//

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by counsel for the defense and for the United States.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

DATED:  Sep. 25, 2023

HONORABLE STEVE B. CHU
United States Magistrate Judge